



## MEMORANDUM OPINION

No. 04-12-00534-CV

**IN THE INTEREST OF J.H.,** a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CI-07195
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  September 19, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have resolved all matters in dispute. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM